MORGAN, LEWIS & BOCKIUS LLP
David L. Schrader, Bar No. 149638
dschrader@morganlewis.com
Esther K. Ro, Bar No. 252203
ero@morganlewis.com
Jahmy S. Graham, Bar No. 300880
jgraham@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel:  +1.213.612.2500
Fax:  +1.213.612.2501

Attorneys for Defendant
TOYOTA MOTOR SALES, U.S.A., INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED SALAS and GLORIA ORTEGA, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>TOYOTA MOTOR SALES, U.S.A., INC., a California corporation,<br><br>Defendant. | Case No. CV15-08629 FMO (Ex)<br><br>**DEFENDANT TOYOTA MOTOR SALES, U.S.A., INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>[Memorandum of Points and Authorities; and Request for Judicial Notice filed concurrently herewith]<br><br>[[Proposed] Order lodged concurrently herewith]<br><br>Date: March 10, 2016<br>Time: 10:00 a.m.<br>Judge: Hon. Fernando M. Olguin<br>Ctrm: 22 |

# NOTICE OF MOTION AND MOTION TO DISMISS

**TO THE COURT AND TO ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on March 10, 2016 at 10:00 a.m., or as soon thereafter as this matter may be heard in Courtroom 22 of the Central District of California, located at 312 N. Spring Street, Los Angeles, CA, 90012-4701, the Honorable Fernando M. Olguin presiding, Defendant Toyota Motor Sales, U.S.A., Inc. ("TMS") will and hereby does move the Court for an order dismissing Plaintiffs Alfred Salas and Gloria Ortega's (collectively, "Plaintiffs") First Amended Complaint ("FAC") pursuant to Federal Rule of Civil Procedure 12(b)(1), 12(b)(6) and 9(b).

TMS moves to dismiss the following five claims because Plaintiffs fail to state a claim upon which relief can be granted: (1) California Consumer Legal Remedies Act ("CLRA"), (2) California Unfair Competition Law ("UCL"), (3) Breach of Implied Warranty of Merchantability under the Song-Beverly Consumer Warranty Act, (4) Breach of Implied Warranty of Merchantability under the Magnuson-Moss Warranty Act, and (5) Unjust Enrichment. None of these claims are supported by factual allegations sufficient to defeat TMS's motion.

Plaintiffs' FAC should be dismissed because it fails to meet basic, federal pleading standards governing fraud-based claims. Further, Plaintiffs' FAC is flawed in numerous, independent ways, including the following:

*First*, Plaintiffs fail to establish standing under Article III and California consumer protection laws because they have not alleged a cognizable injury.

*Second*, Plaintiffs fail to identify a material fact omitted by TMS about their vehicles and further fail to establish a duty to disclose by TMS.

*Third*, Plaintiffs fail to plead a breach implied warranty claim under the Song-Beverly Warranty Act because their vehicles are fit for their ordinary purpose of providing transportation and Plaintiffs have not alleged a different, particular purpose for which they use their vehicles. Further, Plaintiff Ortega's implied

warranty claims are barred by the statute of limitations.  Because Plaintiffs have failed to allege a breach of implied warranty claim under California law, their claim under the Magnuson-Moss Act necessarily fails.

*Fourth*, Plaintiffs have not otherwise alleged an "unlawful" or "unfair" claim under the Unfair Competition Law.

*Fifth*, Plaintiffs' claims for equitable relief fail because they have alleged claims that may entitle them to an adequate legal remedy.

*Sixth*, Plaintiffs fail to allege facts to support a claim for punitive damages.

This motion is made following the conference of counsel pursuant to L.R. 7-3 that took place on January 13, 2016.  This motion is based on this Notice of Motion and Motion to Dismiss, the accompanying Memorandum of Points and Authorities, TMS's Request for Judicial Notice, and all other matters that may be judicially noticed, as well as the files and records in this case, and any oral or documentary evidence that may be adduced at the hearing on this matter.

Dated:  January 25, 2016              MORGAN, LEWIS & BOCKIUS LLP


By   /s/ David L. Schrader
     David L. Schrader
     Esther K. Ro
     Jahmy S. Graham
     *Attorneys for Defendant*
     TOYOTA MOTOR SALES, U.S.A., INC.