MORGAN, LEWIS & BOCKIUS LLP
David L. Schrader, Bar No. 149638
david.schrader@morganlewis.com
Esther K. Ro, Bar No. 252203
esther.ro@morganlewis.com
Jahmy S. Graham, Bar No. 300880
jahmy.graham@morganlewis.com
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Tel:   +1.213.612.2500
Fax:  +1.213.612.2501

Attorneys for Defendant
TOYOTA MOTOR SALES, U.S.A., INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED SALAS and GLORIA ORTEGA, individually, and on behalf of a class of similarly situated individuals,<br><br>                    Plaintiffs,<br><br>        vs.<br><br>TOYOTA MOTOR SALES, U.S.A., INC., a California corporation,<br><br>                    Defendant. | Case No. CV15-08629 FMO (Ex)<br><br>**NOTICE OF LODGING OF TOYOTA MOTOR SALES, U.S.A., INC.'S NOTICE OF MOTION AND MOTION TO STRIKE PLAINTIFFS' UNTIMELY AND IMPROPER EXPERT REPORTS AND RELATED DOCUMENTS**<br><br>Place:   Courtroom 22<br>Judge:   Hon. Fernando M. Olguin |

///
///
///
///
///
///
///
///

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

NOTICE OF LODGING OF TMS'S NOTICE OF MOTION AND MOTION TO STRIKE PLAINTIFFS' UNTIMELY AND IMPROPER EXPERT REPORTS AND RELATED DOCUMENTS

DB2/ 30708508.1

1  **PLEASE TAKE NOTICE** that Toyota Motor Sales, U.S.A., Inc. ("TMS")
2  hereby lodges the attached documents:
3  • Notice of Motion and Motion to Strike Plaintiffs' Untimely and Improper
4    Expert Reports
5  • Memorandum of Points and Authorities in support of Motion to Strike
6  • [Redacted] Declaration of Esther K. Ro in support of Motion to Strike
7  • [Proposed] Order granting Motion to Strike
8      TMS will also concurrently files an Application To File Under Seal
9  Documents Re Motion to Strike Plaintiffs' Untimely and Improper Expert Reports
10 un-redacted copy of the Declaration of Esther K. Ro in support of Motion to Strike.

12 Dated: October 13, 2016      MORGAN, LEWIS & BOCKIUS LLP
   David L. Schrader
13 Esther K. Ro
14 Jahmy S. Graham

16 By   /s/ Esther K. Ro
17     Esther K. Ro
       Attorneys for Defendant
18     TOYOTA MOTOR SALES, U.S.A.,
19     INC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1
NOTICE OF LODGING OF TMS'S NOTICE OF MOTION AND MOTION TO STRIKE
PLAINTIFFS' UNTIMELY AND IMPROPER EXPERT REPORTS AND RELATED DOCUMENTS
DB2/ 30708508.1