Jordan L. Lurie (SBN 130013)
Jordan.Lurie@capstonelawyers.com
Tarek H. Zohdy (SBN 247775)
Tarek.Zohdy@capstonelawyers.com
Cody R. Padgett (SBN 275553)
Cody.Padgett@capstonelawyers.com
Karen L. Wallace (SBN 272309)
Karen.Wallace@capstonelawyers.com
Capstone Law APC
1875 Century Park East, Suite 10000
Los Angeles, California 90067
Telephone: (310) 556-4811
Facsimile: (310) 943-0396

*Attorneys for Plaintiffs*

MORGAN, LEWIS & BOCKIUS LLP
David L. Schrader, Bar No. 149638
david.schrader@morganlewis.com
Esther K. Ro, Bar No. 252203
esther.ro@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500
Fax: +1.213.612.2501

Attorneys for Defendant
TOYOTA MOTOR SALES, U.S.A., INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED SALAS and GLORIA ORTEGA, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>TOYOTA MOTOR SALES, U.S.A., INC., a California corporation,<br><br>Defendant. | Case No. CV15-08629 FMO (Ex)<br><br>**EVIDENTIARY APPENDIX REGARDING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>[Filed Concurrently with Notice of Motion and Motion; Joint Memorandum of Points and Authorities; and (Proposed) Judgment]<br><br>Hearing Date: January 4, 2018<br>Hearing Time: 10:00 a.m.<br>Location: 350 W. 1st Street Courtroom 6D, 6th Fl.<br>Action Filed: November 4, 2015 |

EVIDENTIARY APPENDIX RE MOTION FOR CLASS CERTIFICATION

## **TABLE OF CONTENTS**

| Exhibit No. | Declaration | Decl. Ex. No. | Description of Evidence | Page No. |
|---|---|---|---|---|
| A | Tarek H. Zohdy | | Declaration of Tarek H. Zohdy in Support of Plaintiffs' Motion for Class Certification | 1 |
| | | 1. | Email correspondence titled "RE: Camry charcoal air filters" produced by Defendant and bates stamped Toyota_Salas_00067287 | 8 |
| | | 2. | Plaintiffs' expert Murat Okçuoğlu's Rebuttal Report (October 6, 2016) | 10 |
| | | 3. | Plaintiff's expert Murat Okçuoğlu's Initial Report (September 9, 2016) | 31 |
| | | 4. | Excerpts from Deposition of Robert Kuhn (Defendant's Expert) (page 163:5-11) | 68 |
| | | 5. | Defendant's expert Robert Kuhn's Rebuttal Report (October 7, 2016) | 71 |
| | | 6. | Excerpts from Deposition of Robert Kuhn (Defendant's Expert) (page 151:5-9) | 80 |
| | | 7. | Excerpts from Deposition of Robert Kuhn (Defendant's Expert) (page 98:9-25) | 83 |

| Exhibit No. | Declaration | Decl. Ex. No. | Description of Evidence | Page No. |
|---|---|---|---|---|
| | | 8. | Defendant's expert Robert Kuhn's Initial Report (September 9, 2016) | 86 |
| | | 9. | September 2013, TSB 0142-13, to its dealers in the United States, once again acknowledging that the HVAC system and its associated parts for the Class Vehicles were defective and malfunctioning. This TSB was titled "HVAC Odor Maintenance" and applies to all 2004-2014 Camry vehicles. | 114 |
| | | 10. | TSB AC002-97 dated May 9, 1997, to its dealers in the United States, and titled "AIR CONDITIONING EVAPORATOR ODOR" | 121 |
| | | 11. | Excerpts from Toyota technician's training manual published in 2005 ("A/C system odors are a common complaint among users, especially after start up" and odors can be caused by "[m]icrobes [i.e., mold] growing on the evaporator surface" that are "small living bacteria . . . carried into the evaporator case [that] grow in the warm, moist environment.") | 131 |
| | | 12. | TSB 2009, TSB-0261-09, titled "HVAC Odor," once again acknowledging that the HVAC system and its associated parts for 2007-2010 Camry, Camry HV, and 2004-2008 Prius | 133 |

3

| Exhibit No. | Declaration | Decl. Ex. No. | Description of Evidence | Page No. |
|---|---|---|---|---|
| | | 13. | Email Correspondence titled "Re: ACTION REQUIRED AC info for consistent inspection" Produced by Defendant and bates stamped Toyota_Salas_00007942-7943 | 140 |
| | | 14. | Email Correspondence titled "Proposed agenda for HVAC activity" Produced by Defendant and bates stamped Toyota_Salas_00007899 | 142 |
| | | 15. | Email Correspondence titled "RE: Please see the note below from TMS case mgr Lupe Perez" Produced by Defendant and bates stamped Toyota_Salas_000032801-804 | 144 |
| | | 16. | Document titled "Toyota/Lexus/Scion TAS Report" Produced by Defendant and bates stamped Toyota_Salas_00006029 | 149 |
| | | 17. | Excerpts from deposition of Dwayne Kinsey (page 56:18-57:19) | 151 |
| | | 18. | Document titled "Toyota/Lexus/Scion TAS Report" Produced by Defendant and bates stamped Toyota_Salas_00006030 | 155 |
| | | 19. | Document titled "Toyota/Lexus/Scion TAS Report" Produced by Defendant and bates stamped Toyota_Salas_00006032 | 157 |

| Exhibit No. | Declaration | Decl. Ex. No. | Description of Evidence | Page No. |
|---|---|---|---|---|
| | | 20. | Excerpts from deposition of Dwayne Kinsey (page 36:10-12) | 159 |
| | | 21. | Excerpts from a Document (.txt) Produced by Defendant and bates stamped Toyota_Salas_00013764 | 162 |
| | | 22. | Email correspondence titled "Follow up to LL Hearing observation activity this week" Produced by Defendant and bates stamped Toyota_Salas_00095862 | 165 |
| | | 23. | Excerpts from deposition of Gloria Ortega (page 237:21) | 167 |
| | | 24. | Excerpts from Deposition of Alfred Salas (page 164:18-21) | 170 |
| | | 25. | Email correspondence titled "FW: AC Odor Issue Summary" produced by Defendant and bates stamped Toyota_Salas_00058063-64 | 173 |
| | | 26. | Excerpts from Deposition of Stephan Young (page 137:19-23) | 175 |
| | | 27. | Excerpts from Deposition of Gloria Ortega (page 24:7-10; 235:19-25) | 178 |
| | | 28. | Excerpts from Deposition of Alfred Salas (page 30:3-12) | 182 |

5

EVIDENTIARY APPENDIX RE MOTION FOR CLASS CERTIFICATION

| Exhibit No. | Declaration | Decl. Ex. No. | Description of Evidence | Page No. |
|---|---|---|---|---|
| | | 29. | Excerpts from Deposition of Russell Suzuki (page 82-83) | 185 |
| | | 30. | Document Produced by Defendant and bates stamped Toyota_Salas_000012799 | 189 |
| | | 31. | Email correspondence titled "Re: fw: Parking Fresh field fix" produced by Defendant and bates numbered Toyota_Salas_00052719 | 191 |
| | | 32. | Excerpt from Defendant's Responses to Plaintiffs' Requests for Production, Request No. 2 | 193 |
| | | 33. | Excerpts from Deposition of Alfred Salas (page 31:17-23) | 199 |
| | | 34. | Declaration of Alfred Salas in Support of Motion for Class Certification | 202 |
| | | 35. | Declaration of Gloria Ortega in Support of Motion for Class Certification | 213 |
| | | 36. | Capstone Law APC Firm Resume | 229 |
| | | 37. | Plaintiff's Expert Susan Thompson's Supplemental Declaration | 242 |
| | | 38. | Defendant's Expert Jeffrey Hicks Initial Report (September 9, 2016) | 262 |
| | | 39. | Email correspondence titled "RE: A/C odors" produced by Defendant and bates stamped Toyota_Salas_00063910 | 403 |
| | | 40. | Excerpts from deposition of Stephan Young (page 134:14-24) | 405 |
| | | 41. | Defendant's Expert Kevin Keller Initial Report | 408 |

EVIDENTIARY APPENDIX RE MOTION FOR CLASS CERTIFICATION

| Exhibit No. | Declaration | Decl. Ex. No. | Description of Evidence | Page No. |
|---|---|---|---|---|
| | | | (September 9, 2016) | |
| | | 42. | Defendant's Expert Wysocki Initial Report (September 9, 2016) | 475 |
| | | 43. | Excerpts from Deposition of Bruce Strombom (page 93:25-94:2) | 524 |
| | | 44. | Defendant's Expert Bruce Strombom's Sur-Rebuttal Report (November 7, 2016) | 528 |
| B | David L. Schrader | | Declaration of David L. Schrader in Support of Toyota Motor Sales, U.S.A., Inc.'s Opposition to Plaintiffs' Motion for Class Certification | 573 |
| | | 45. | Platinum Vehicle Service Agreement with enforceable arbitration provision | 578 |
| | | 46. | Order granting TMS's motion to compel arbitration in *Forsley v. Toyota Motor Sales, U.S.A., Inc.*, Case No. BC577240 | 587 |
| | | 47. | Excerpts from Deposition Transcript of Plaintiff Alfred Salas | 595 |
| | | 48. | Excerpts from Deposition Transcript of Plaintiff Gloria Ortega | 605 |
| | | 49. | Excerpts from Deposition Transcript of Murat Okcuoglu | 613 |
| | | 50. | Excerpts from Deposition Transcript of Susan Thompson | 647 |
| | | 51. | Survey and Results of the Initial Quality Survey ("IQS") from 2012-2016 demonstrating that HVAC odor can occur industry-wide and the Class Vehicles | 697 |

| Exhibit No. | Declaration | Decl. Ex. No. | Description of Evidence | Page No. |
|---|---|---|---|---|
| | | 52. | Toyota Certified Used Vehicles brochure | 711 |
| | | 53. | Toyota Certified Used Vehicle, Warranty Supplement | 718 |
| | | 54. | 2012 to 2015 model year Toyota Camry owner's manuals demonstrating TMS' disclosure of the possibility of HVAC odor | 737 |
| | | 55. | 2014 model year Toyota Camry Warranty & Maintenance Guide | 746 |
| C | Barry Hare | | Hare Declaration in support of TMS's Opposition to Plaintiffs' Motion for Class Certification | 813 |
| D | Stefan Young | | Young Declaration in support of TMS's Opposition to Plaintiffs' Motion for Class Certification | 817 |
| E | Jeffrey Hicks | | Hicks Declaration in support of TMS's Opposition to Plaintiffs' Motion for Class Certification | 825 |
| F | Robert M. Kuhn | | Kuhn Declaration in support of TMS's Opposition to Plaintiffs' Motion for Class Certification | 920 |
| G | Kevin L. Keller | | Keller Declaration in support of TMS's Opposition to Plaintiffs' Motion for Class Certification | 965 |
| H | Bruce Strombom | | Strombom Declaration in support of TMS's Opposition to Plaintiffs' Motion for Class Certification | 1041 |
| I | Charles Wysocki | | Declaration of Charles Wysocki in support of TMS's Opposition to Plaintiffs' Motion for Class Certification | 1095 |

//

//

8

1  //
2  //
3  //
4  //

5  Dated: December 7, 2017   Respectfully submitted,

6  Capstone Law APC

7
8  By: /s/ Jordan L. Lurie
   Jordan L. Lurie
9  Tarek H. Zohdy
   Cody R. Padgett
10 Karen L. Wallace

11 *Attorneys for Plaintiffs*

12 Dated: December 7, 2017   MORGAN, LEWIS & BOCKIUS LLP

13
14 By /s/ David L. Schrader
   David L. Schrader
   Esther K. Ro

15
16 *Attorneys for Defendant*
   Toyota Motor Sales, U.S.A., Inc.

9

EVIDENTIARY APPENDIX RE MOTION FOR CLASS CERTIFICATION