JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALFRED SALAS and GLORIA ORTEGA, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>TOYOTA MOTOR SALES, U.S.A., INC., a California Corporation,<br><br>Defendant. | Case No. 2:15-cv-08629-HDV-E<br><br>[PROPOSED] FINAL JUDGMENT<br><br><br>Hon. Hernán D. Vera |

1  IT IS on this 7th day of January 2025, HEREBY ADJUDGED AND
2  DECREED PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 23
3  and 58 AS FOLLOWS:
4  (1) On this date, the Court entered a Final Order Approving Class
5  Action Settlement (Dkt. No. 303);
6  (2) For the reasons stated in the Court's Final Order Approving Class
7  Action Settlement, judgment is entered in accordance with the Final Order Approving
8  Class Action Settlement and this Action is dismissed with prejudice; and
9  (3) A copy of this Final Judgment shall be filed in, and applies to, this
10 Action.

12 SO ORDERED this 7th day of 2025.

_____
Hon. Hernán D. Vera
United States District Court