JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED SALAS and GLORIA ORTEGA, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>TOYOTA MOTOR SALES, U.S.A., INC., a California Corporation,<br><br>Defendant. | Case No. 2:15-cv-08629-HDV-E<br><br>AMENDED [PROPOSED] FINAL JUDGMENT<br><br>Hon. Hernán D. Vera |

IT IS on this 7th day of January 2025, HEREBY ADJUDGED AND DECREED PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 23 and 58 AS FOLLOWS:

(1) On this date, the Court entered a Final Order Approving Class Action Settlement (Dkt. No. 303);

(2) For the reasons stated in the Court's Final Order Approving Class Action Settlement, judgment is entered in accordance with the Final Order Approving Class Action Settlement and this Action is dismissed with prejudice; and

(3) A copy of this Final Judgment shall be filed in, and applies to, this Action.

SO ORDERED this 7th day of January 2025.

_____
Hon. Hernán D. Vera
United States District Court